failure to prosecute in accordance with the rules.

Perry R. ALEXCE, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7073.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

Jane W. Vanneman, Department of Justice, David J. Barrans, Kristiana M. Brugger, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Naomi E. Farve, New Orleans, LA, for Claimant–Appellant.

## ORDER

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

Annie M. WOODSON, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2010–3141.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

T. Lee Boyd Jr., The Boyd Law Firm, P.C., Chicago, IL, for Petitioner.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

**Calvin SLOCUM, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2010–3142.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

Calvin Slocum, Decatur, AL, for Petitioner.

David M. Hibey, Department of Justice, Washington, DC, for Respondent.

**Michael I. KROLL, Plaintiff–Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office and Harry I. Moatz, Director, Office of Enrollment and Discipline, United States Patent and Trademark Office, Defendants–Appellees.**

No. 2010–1347.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for